No. 1275. MENDOZA, PLAINTIFF AND APPELLANT, *v.* BÁEZ, DEFENDANT AND RESPONDENT (ZAYAS, INTERVENOR AND APPELLANT).—Action of debt. Guayama. March 9, 1915. *Appeal withdrawn.*

No. 1296. LOWRIE, PLAINTIFF AND APPELLEE, *v.* MANES, DEFENDANT AND APPELLANT.—Foreclosure. San Juan, Section 2. March 9, 1915. *Appeal dismissed.*

No. 786. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* PARÍS ET AL., DEFENDANTS AND APPELLANTS.—Aggravated assault and battery. San Juan, Section 2. March 12,1915. *Judgment affirmed.* .

No. 58. EX PARTE COLÓN, PETITIONER.—*Habeas corpus.* Petition to Mr. Justice Hutchison. March 15, 1915. *Granted.*

No. 1074. MORFÍ ET AL., PLAINTIFFS AND APPELLANTS, *v.* FAJARDO DEVELOPMENT COMPANY ET AL., DEFENDANTS AND RESPONDENTS.—Denial of servitude, etc. Humacao. March 16, 1915. *Appeal withdrawn.*

No. 1299. COLÓN, PLAINTIFF AND RESPONDENT, *v.* QUINTANA ET AL., DEFENDANTS AND APPELLANTS.—Action of debt. Humacao. March 16, 1915. *Appeal dismissed.*

No. 785. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* HIDALGO ET AL., DEFENDANTS AND APPELLANTS.—Aggravated assault and battery. San Juan, Section 2. March 16, 1915. *Judgment affirmed.*

No. 1298. YABUCOA SUGAR COMPANY, PLAINTIFF AND APPELLANT, *v.* EASTERN SUGAR COMPANY ET AL., DEFENDANTS AND RESPONDENTS.—Annulment of deed and injunction. San Juan, Section 1. March 16, 1915. *Appeal dismissed.*